**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYRELL KHALIL JACOBS JR., Petitioner,** | : | |
| **v.** | : | **CIVIL ACTION NO. 23-3340** |
| **KENNETH HOLLANBOROUGH, et al., Respondents.** | : | |

**ORDER**

**AND NOW**, this 23rd day of September 2026, upon careful and independent consideration of the petition for a writ of habeas corpus, review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, and consideration of Tyrell K. Jacobs Jr.'s objections to that report and recommendation, **IT IS HEREBY ORDERED** as follows:

1. The report and recommendation is **APPROVED** and **ADOPTED**;
2. The petition for writ of habeas corpus is **DENIED**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL, J.**
U.S. DISTRICT COURT JUDGE